NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RONNIE BURNETT,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2022-1572

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-1524, Chief Judge Margaret C. Bartley, Judge Coral Wong Pietsch, Judge Grant Jaquith.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, for claimant-appellant.

MATTHEW JUDE CARHART, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for respondent-appellee. Also represented by BRIAN M. BOYNTON, ELIZABETH MARIE HOSFORD, PATRICIA M. MCCARTHY; JONATHAN KRISCH, Y. KEN LEE,

Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 7, 2023               /s/ Jarrett B. Perlow
     Date                      Jarrett B. Perlow
                               Acting Clerk of Court